EXHIBIT 1



# 2015 HELMET LABORATORY TESTING PERFORMANCE RESULTS



**TOP-PERFORMING GROUP**

- Xenith Epic Varsity
- Riddell Revolution Speed
- Schutt Vengeance DCT
- Xenith X2E
- Schutt Vengeance VTD
- Schutt Vengeance VTD II
- Riddell SpeedFlex
- Riddell Revolution Speed Classic
- Riddell Revolution
- Rawlings NRG Quantum

- Rawlings NRG Tachyon 
- Rawlings Impulse + 
- Schutt AiR XP Pro (789102) 
- Riddell VSR-4 
- SG Varsity 
- Rawlings Impulse 
- Schutt AiR XP (789001) 

**THE NFL, IN COLLABORATION WITH THE NFLPA, THROUGH THEIR RESPECTIVE APPOINTED BIOMECHANICAL EXPERTS, COORDINATED EXTENSIVE LABORATORY RESEARCH ON 17 HELMETS USED BY NFL PLAYERS TO TEST WHICH HELMETS BEST REDUCED HEAD IMPACT SEVERITY.**

Helmets are listed in order based on their performance in the laboratory testing. The bar graph illustrates the performance of each helmet, with a shorter bar representing better performance. The helmets in the top group performed better and were statistically different from the helmets in the bottom group. Within the top-performing group of helmets, there was no statistically significant difference in performance. The information presented here is based solely upon the results of this research and the expert opinions of the scientists involved.

ALL HELMETS ARE CERTIFIED AS COMPLIANT WITH THE NATIONAL OPERATING COMMITTEE ON STANDARDS FOR ATHLETIC EQUIPMENT (NOCSAE) AND ARE THEREFORE PERMITTED FOR USE BY NFL PLAYERS. NO HELMET SYSTEM CAN COMPLETELY PROTECT AGAINST SERIOUS BRAIN AND/OR NECK INJURIES A PLAYER MIGHT RECEIVE WHILE PARTICIPATING IN FOOTBALL.

EXHIBIT 2



## MEMORANDUM

**TO:**  **Equipment Managers**

**FROM:**  **Dr. Jeff Crandall, Chairman Engineering Subcommittee**

**DATE:**  **November 30, 2015**

**RE:**  **Helmet Testing Study Supplement**

On July 31, 2015, we sent you the results of the laboratory helmet testing conducted by the NFL in collaboration with the NFLPA through their respective biomechanical experts. You received a poster with helmets ranked by their performance and categorized into two groups.

Since that time, Schutt requested that two of its helmets which had not been a part of the original NFL and NFLPA evaluation process, the Schutt Air XP Pro VTD and the Schutt DNA Pro+, be tested as well. While we had no record of those helmets being worn by NFL players last year, Schutt made the point that there has been misreporting of helmet usage with these two models.

In an effort to provide NFL players with the most information about their helmet options, we agreed to test the two Schutt models. The results are as follows:

1. The Schutt Air XP Pro VTD received a performance score of 2.68 and would place 1st in the helmet rankings
2. The Schutt DNA Pro+ received a score of 2.84 and would place 3rd in the helmet rankings

Thank you for your attention to this update. Please contact Jeff Crandall, Chairman of the Head, Neck and Spine Engineering Subcommittee, at 434-825-4747 with any questions.



# 2015 HELMET LABORATORY TESTING PERFORMANCE RESULTS

**TOP-PERFORMING GROUP**



Xenith Epic Varsity

Riddell Revolution Speed

Schutt Vengeance DCT

Xenith X2E

Schutt Vengeance VTD

Schutt Vengeance VTD II

Riddell SpeedFlex

Riddell Revolution Speed Classic

Riddell Revolution

Rawlings NRG Quantum

Rawlings NRG Tachyon

Rawlings Impulse +

Schutt AIR XP Pro (789102)

Riddell VSR-4

SG Varsity

Rawlings Impulse

Schutt AIR XP (789001)

THE NFL, IN COLLABORATION WITH THE NFLPA, THROUGH THEIR RESPECTIVE APPOINTED BIOMECHANICAL EXPERTS, COORDINATED EXTENSIVE LABORATORY RESEARCH ON 17 HELMETS USED BY NFL PLAYERS TO TEST WHICH HELMETS BEST REDUCED HEAD IMPACT SEVERITY.

Helmets are listed in order based on their performance in the laboratory testing. The bar graph illustrates the performance of each helmet, with a shorter bar representing better performance. The helmets in the top group performed better and were statistically different than the helmets in the bottom group. Within the top-performing group of helmets, there was no statistically significant difference in performance. The information presented here is based solely upon the results of this research and the expert opinions of the scientists involved.

ALL HELMETS ARE CERTIFIED AS COMPLIANT WITH THE NATIONAL OPERATING COMMITTEE ON STANDARDS FOR ATHLETIC EQUIPMENT (NOCSAE) AND ARE THEREFORE PERMITTED FOR USE BY NFL PLAYERS. NO HELMET SYSTEM CAN COMPLETELY PROTECT AGAINST SERIOUS BRAIN AND/OR NECK INJURIES A PLAYER MIGHT RECEIVE WHILE PARTICIPATING IN FOOTBALL.

EXHIBIT 3

**Testing of Schutt Air XP Pro VTD and Schutt DNA Pro+ Helmets**

Memorandum by Jim Funk, PhD, PE

Scientific Coordinator for the Engineering Subcommittee

December 23, 2015

**Introduction**

At the request of Schutt, testing has been performed by Biokinetics on two additional helmet models: the Schutt Air XP Pro VTD and the Schutt DNA Pro+. While the NFL had no record of those helmets being worn by NFL players last year, Schutt made the point there has been misreporting of helmet usage with these two models in the surveys completed by equipment managers. In an effort to provide NFL players with the most information about their helmet options, we agreed to test the two Schutt models.

**Methodology**

The test methodology was identical to the previous testing of 17 helmet models conducted in June of 2015. The test apparatus consisted of a linear impactor which struck a helmeted Hybrid III dummy head. The head was attached via the flexible Hybrid III neck to a bearing slider. The impactor mass was 14 kg. It was fitted with a 35 mm thick vinyl nitrile foam pad and a hard domed nylon end cap with a 127 mm radius. In this way, the linear impactor represented the effective head, neck, and upper torso mass of a striking player leading with the helmet.

Test parameters were chosen to match the conditions of previously analyzed on-field concussive impacts in the NFL. Three impact speeds were chosen: 5.5 m/s, 7.4 m/s, and 9.3 m/s. 9.3 m/s represents the average closing speed in the previously analyzed helmet-to-helmet impacts, while 7.4 m/s and 5.5 m/s represent speeds one and two standard deviations below the mean, respectively. Eight impact locations were chosen: four on the helmet shell, two on the facemask, and two on the interface between the shell and the facemask. All helmets were tested with an Eye Glass and Oral Protection (EGOP) facemask or similar design and a soft chin strap. Two layers of nylon stockings were placed over the dummy's head in order to simulate a realistic level of friction between the head and helmet.

The 50th percentile male Hybrid III head was instrumented with 9 accelerometers in a 3-2-2-2 configuration. Outcome measures of interest were peak linear head acceleration, Head Injury Criterion (HIC), peak rotational head acceleration, peak rotational head velocity, and the combined metric (CM). The combined metric was an equal weighting of HIC, peak rotational head acceleration ($\alpha$), and peak rotational head velocity ($\omega$) normalized to the group average of each parameter:

$$CM = \frac{HIC}{HIC_{ave}} + \frac{\alpha}{\alpha_{ave}} + \frac{\omega}{\omega_{ave}}$$

The combined metric was developed in order to establish a relatively ranking in the performance of the original 17 helmets tested. For the current analysis, we incorporated the results from the additional two

Schutt helmets into the previous results and established new, slightly different normalization values for $HIC_{ave}$, $\alpha_{ave}$, and $\omega_{ave}$.

**Results**

The Schutt Air XP Pro VTD ranked first overall and the Schutt DNA Pro+ ranked third overall in terms of the combined metric (Table 1, Figure 1).  The Air XP Pro VTD produced low measures in all of the head injury metrics examined at all test speeds and impact locations (Figure 2).  The DNA Pro+ produced low measures in the rotational metrics and average measures in the linear metrics (Figure 1).

Table 1.  Results of 2015 NFL helmet testing averaged across all test speeds and impact locations.

|  | Lin acc (g) | Rot acc (rad/s²) | Rot vel (rad/s) | HIC15 | CM |
|---|---|---|---|---|---|
| Riddell Revo Speed Classic | 65.3 | 4168 | 37.6 | 195 | 2.95 |
| Riddell Revolution Speed | 63.5 | 3970 | 36.5 | 194 | 2.86 |
| Riddell Revolution | 67.0 | 4453 | 37.9 | 196 | 3.03 |
| Riddell SpeedFlex | 63.6 | 4333 | 38.4 | 185 | 2.96 |
| Riddell VSR-4 | 66.6 | 4317 | 39.8 | 219 | 3.15 |
| Schutt Air XP | 73.9 | 4284 | 40.5 | 243 | 3.28 |
| Schutt Air XP Pro | 72.1 | 4080 | 38.2 | 238 | 3.15 |
| Schutt Vengeance DCT | 65.8 | 3660 | 37.8 | 203 | 2.87 |
| Schutt Vengeance VTD | 66.0 | 3783 | 38.0 | 203 | 2.90 |
| Schutt Vengeance VTD II | 66.9 | 3887 | 38.0 | 208 | 2.95 |
| Rawlings Impulse | 70.3 | 4511 | 38.6 | 228 | 3.22 |
| Rawlings Impulse + | 67.8 | 4545 | 36.8 | 214 | 3.11 |
| Rawlings Quantum | 69.8 | 4210 | 36.7 | 221 | 3.06 |
| Rawlings Tachyon | 68.4 | 4519 | 36.7 | 217 | 3.11 |
| Xenith Epic Varsity | 67.8 | 3580 | 36.3 | 205 | 2.82 |
| Xenith X2E | 67.2 | 3899 | 36.3 | 204 | 2.89 |
| SG Varsity | 65.5 | 4235 | 41.4 | 218 | 3.17 |
| Schutt DNA Pro + | 66.7 | 3733 | 36.2 | 203 | 2.84 |
| Schutt Air XP VTD | 63.4 | 3613 | 35.1 | 182 | 2.68 |
| Mean | 67.3 | 4094 | 37.7 | 209 | 3.00 |



Figure 1.  Relative ranking of each helmet by various metrics.



Figure 2.  Relative ranking of each helmet according to the CM by test speed (m/s) and impact location.

EXHIBIT 4

**From:** Jim Funk <JFunk@biocorellc.com>
**Date:** December 23, 2015 at 3:41:50 PM CST
**To:** "Thad Ide (tide@riddellsports.com)" <tide@riddellsports.com>, Robert Erb <rerb@SCHUTT-SPORTS.com>, "billsimpsondesigns@yahoo.com" <billsimpsondesigns@yahoo.com>, "chuggins@xenith.com" <chuggins@xenith.com>, "Hill, David" <DHill@rawlings.com>
**Cc:** "Crandall, Jeff Richard (jrc2h)" <jrc2h@eservices.virginia.edu>, "JeffMiller (Jeff.Miller@NFL.com)" <Jeff.Miller@NFL.com>
**Subject: Additional 2015 helmet testing results**

Dear helmet manufacturers,

Please see the attached memo regarding the updated results of our 2015 helmet testing program.  You will receive another email regarding the next round of testing for 2016 shortly.

Please feel free to contact me with any questions or comments.

Thank you,
Jim


James Funk, PhD, PE
Scientific Coordinator, NFL Head, Neck & Spine Engineering Subcommittee
1621 Quail Run
Charlottesville, VA 22911
210-240-4237 (cell)


--

EXHIBIT 5

 (http://www.prnewswire.com/)



# Detroit-Based Xenith's EPIC Helmet Tops Performance Testing Coordinated By The NFL

- NFL distributes poster to all teams announcing results -



DETROIT, Aug. 26, 2015 /PRNewswire/ -- In conjunction with the National Football League's release of the *2015 Helmet Laboratory Testing Performance Results* (http://static.nfl.com/static/content/public/photo/2015/08/05/0ap3000000506659.pdf), Xenith (http://www.xenith.com/), which recently moved its headquarters and innovative manufacturing facility to Detroit, is proud to announce the Xenith EPIC helmet received the highest performance ranking of all evaluated helmets.

"We're thrilled that the NFL and the NFL Players Association have promoted additional testing to continue driving player safety education and we fully support comprehensive laboratory testing," said Joe Esposito, Xenith CEO. "Xenith's mission is to design, manufacture and supply the most technologically advanced helmets possible. We passionately believe that every athlete, on every level

of play from youth and high school to college and pro, should be wearing the best protection available. For Xenith to be named the number one helmet in a report published by the NFL will only make us more determined to lead by example."

The NFL, in collaboration with the NFLPA, through their respective appointed biomechanical experts, coordinated extensive laboratory research on 17 helmets used in the NFL to test which helmets best reduced head impact severity. According to the NFL, "the relative performance of helmets was evaluated under laboratory conditions that simulated open-field collisions in the NFL." The Xenith EPIC received the highest rating of all tested helmets and the Xenith X2E Varsity also placed among the top tier of the best performing group.

The NFL added that "importantly, this study is the first of its kind to account for rotational velocity and rotational acceleration in measuring the performance of the helmets." Both the Xenith EPIC and the Xenith X2E Varsity feature Xenith's Adaptive Head Protection®, which is designed to minimize sudden movement of the head. In an effort to help equipment managers and players make informed decisions with regards to their helmet choice, the NFL has distributed the research results (http://static.nfl.com/static/content/public/photo/2015/08/05/0ap3000000506659.pdf) to all 32 NFL teams. The results can also be found on page 12 of the *2015 NFL Health and Safety Report* (http://static.nfl.com/static/content/public/photo/2015/08/05/0ap3000000506671.pdf).

## About Xenith

Xenith, the recognized industry leader in helmet technology, is the only manufacturer to exclusively produce Five-Star helmets under the widely accepted Virginia Tech rating system. Featuring Adaptive Head Protection®, a system of patented technologies designed to provide superior fit and to help minimize sudden movement of the head during impact, Xenith excels in helmet testing procedures. Most recently, the Xenith EPIC helmet received the highest performance rating of all helmets in a study coordinated by the National Football League & the NFL Players Association. Xenith helmets are equipped with patented Shock Absorbers that strategically collapse by venting air providing the optimal response to a wide range of impacts. Xenith incorporates the same shock absorbing technology in not only helmets, but also their XFlexion Shoulder Pads. Hundreds of thousands of players at all levels, including youth, high school, major college and the NFL wear Xenith equipment. Xenith's headquarters and manufacturing facility are proudly located in Detroit, Michigan, and staffed with a dedicated and passionate team that strive for excellence. The 66,000 ft$^2$ production facility is operated in a partnership with Lear Corporation (http://www.lear.com/), known for operational excellence, and houses an impact testing laboratory, custom paint booth, showroom, and warehouse space. Xenith is on field across the United States and can also be found in Canada, Mexico, Europe, Australia, China and Japan. Xenith is part of the Fathead family of companies. For more information, visit www.Xenith.com (http://www.xenith.com/). Connect with us on Twitter

(https://twitter.com/xenithfootball), Facebook (https://www.facebook.com/xenith), Instagram (https://instagram.com/xenithfootball/?hl=en) and YouTube (https://www.youtube.com/user/XenithChannel).

Contact
Cale Werder
Director of Marketing
313-373-6128
Cwerder@xenith.com (http://www.prnewswire.com/news-releases/mailto:Cwerder@xenith.com)

Photo - http://photos.prnewswire.com/prnh/20150826/261201 (http://photos.prnewswire.com/prnh/20150826/261201)

SOURCE Xenith

RELATED LINKS
http://www.Xenith.com (http://www.Xenith.com)

**Find this article at:**
http://www.prnewswire.com/news-releases/detroit-based-xeniths-epic-helmet-tops-performance-testing-coordinated-by-the-nfl-300133563.html

☐ Check the box to include the list of links referenced in the article.

EXHIBIT 6

FIND A DEALER /    TRACK ORDER /    CONTACT US /    s



XENITH®    SHOP ⁴    TECHNOLOGY ⁴    SUPPORT ⁴    RECONDITIONING ⁴

    EMAIL SIGN UP

Home  ›  Press Releases  ›  Detroit-Based Xenith's EPIC Helmet Tops Performance Testing Coordinated By The NFL

# DETROIT-BASED XENITH'S EPIC HELMET TOPS PERFORMANCE TESTING COORDINATED BY THE NFL

*- NFL distributes poster to all teams announcing results -*

DETROIT, August 26, 2015 – In conjunction with the National Football League's release of the 2015 Helmet Laboratory Testing Performance Results (also pictured below), Xenith, which recently moved its headquarters and innovative manufacturing facility to Detroit, is proud to announce the Xenith EPIC helmet received the highest performance ranking of all evaluated helmets.

"We're thrilled that the NFL and the NFL Players Association have promoted additional testing to continue driving player safety education and we fully support comprehensive laboratory testing," said Joe Esposito, Xenith CEO. "Xenith's mission is to design, manufacture and supply the most technologically advanced helmets possible. We passionately believe that every athlete, on every level of play from youth and high school to college and pro, should be wearing the best protection available. For Xenith to be named the number one helmet in a report published by the NFL will only make us more determined to lead by example."

The NFL, in collaboration with the NFLPA, through their respective appointed biomechanical experts, coordinated extensive laboratory research on 17 helmets used in the NFL to test which helmets best reduced head impact severity. According to the NFL, "the relative performance of helmets was evaluated under laboratory conditions that simulated open-field collisions in the NFL." The Xenith EPIC received the highest rating of all tested helmets and the Xenith X2E Varsity also placed among the top tier of the best performing group.

The NFL added that "importantly, this study is the first of its kind to account for rotational velocity and rotational acceleration in measuring the performance of the helmets." Both the Xenith EPIC and the Xenith X2E Varsity feature Xenith's Adaptive Head Protection®, which is designed to minimize sudden movement of the head. In an effort to help equipment managers and players make informed decisions with regards to their helmet choice, the NFL has distributed the research results to all 32 NFL teams. The results can also be found on page 12 of the 2015 NFL Health and Safety Report.

## RECENT ARTICLES

Detroit-Based Xenith's EPIC Helmet Tops Performance Testing Coordinated By The NFL

*Aug 26, 2015*

RENEGADE BRAND'S SWEAT X® AND XENITH® TO RELEASE REVOLUTIONARY PRIVATE LABEL GEAR CLEANER

*Jun 15, 2015*

Xenith Football Moves Helmet Assembly to Detroit

*Apr 28, 2015*

INTERSPORT: XENITH HELMETS BECOME NEWEST PARTNER OF UNDER ARMOUR ALL-AMERICA FOOTBALL GAME

*Sep 30, 2014*

XENITH BECOMES OFFICIAL HELMET OF THE UNDER ARMOUR

**About Xenith**

Xenith, the recognized industry leader in helmet technology, is the only manufacturer to exclusively produce Five-Star helmets under the widely accepted Virginia Tech rating system. Featuring Adaptive Head Protection®, a system of patented technologies designed to provide superior fit and to help minimize sudden movement of the head during impact, Xenith excels in helmet testing procedures. Most recently, the Xenith EPIC helmet received the highest performance rating of all helmets in a study coordinated by the National Football League & the NFL Players Association. Xenith helmets are equipped with patented Shock Absorbers that strategically collapse by venting air providing the optimal response to a wide range of impacts. Xenith incorporates the same shock absorbing technology in not only helmets, but also their XFlexion Shoulder Pads. Hundreds of thousands of players at all levels, including youth, high school, major college and the NFL wear Xenith equipment. Xenith's headquarters and manufacturing facility are proudly located in Detroit, Michigan, and staffed with a dedicated and passionate team that strive for excellence. The 66,000 ft2 production facility is operated in a partnership with Lear Corporation, known for operational excellence, and houses an impact testing laboratory, custom paint booth, showroom, and warehouse space. Xenith is on field across the United States and can also be found in Canada, Mexico, Europe, Australia, China and Japan. Xenith is part of the Fathead family of companies. For more information, visit www.Xenith.com. Connect with us on Twitter, Facebook, Instagram and YouTube.

ALL-AMERICA HIGH SCHOOL FOOTBALL GAME

*Sep 19, 2014*

XENITH X2E AND EPIC VARSITY FOOTBALL HELMETS EARN 5-STARS FROM THE VIRGINIA TECH HELMET RATINGS™

*May 14, 2014*



## SHARE THIS POST

f Share    T Tweet

0 comments

← Older Post

# 0 COMMENTS

Write a comment ›

# LEAVE A COMMENT

**Please note:** comments must be approved before they are published

## INFORMATION

ABOUT US

PARTNERS

CONTACT US

CAREERS

SITE MAP

WARNING /
 WARRANTY

PRESS RELEASES

RETURNS

CONTESTS

PRIVACY

TERMS OF USE

ENLIGHTENED
 WARRIOR

## FOLLOW US

   

JOIN TEAM XENITH

Sign up to receive exclusive
Xenith discounts and
product updates.

SIGN UP NOW

## DEALER LOCATOR



© 2016 Xenith, Inc. All Rights

Reserved.

EXHIBIT 7



EXHIBIT 8



**Xenith** @XenithFootball · 26 Aug 2015
BREAKING NEWS! **Xenith** EPIC helmet tops testing coordinated by the **NFL**.
Learn more: bit.ly/epic-nfl #EPICNFL



| RETWEETS | LIKES | |
|---|---|---|
| 337 | 370 |  |

1:30 PM - 26 Aug 2015 · Details

Reply to @XenithFootball

 **Chase Dawg** @ChaseDawg2 · 26 Aug 2015

EXHIBIT 9



XENITH 1 | Home | Find Friends

XENITH
Sports & Recreation

Shop Now | Like | Message | •••

Timeline | About | Photos | @XenithFootball | More

Create Page

Recent
2015
2014
2013
2012
2011
2010

51,191 people like this

Open · 9:00AM - 5:30PM
Get additional info

Invite friends to like this Page

**ABOUT**

1201 Woodward Ave — Save
Detroit, Michigan

(866) 888-2322

Typically replies within minutes
Message Now

http://www.xenith.com/

**APPS**

@XenithFootball

@XenithFootball

XenithChannel

**PHOTOS**

Status | Photo / Video

**XENITH**
21 hrs ·

Hug it out today. #NationalHugDay

Like | Comment | Share

2,413 people like this. — Top Comments

42 shares

Write a comment...

Chat (Off)

Sponsored

Indeed
indeed.com
New York's best tech companies are hiring on Indeed! 5 Mins Could Mean 10 Great Job Offers.

EXHIBIT 10



EXHIBIT 11

 **Xenith** @XenithFootball · 26 Aug 2015

News so #EPIC, it's taking over Times Square! bit.ly/epic-nfl #EPICNFL



9   9

EXHIBIT 12



EXHIBIT 13



## DETROIT-BASED XENITH'S EPIC HELMET TOPS PERFORMANCE TESTING COORDINATED BY THE NFL

**DETROIT, August 26, 2015** – In conjunction with the National Football League's release of the 2015 Helmet Laboratory Testing Performance Results (also pictured below), Xenith, which recently moved its headquarters and innovative manufacturing facility to Detroit, is

proud to announce the Xenith EPIC helmet received the highest performance ranking of all evaluated helmets.

"We're thrilled that the NFL and the NFL Players Association have promoted additional testing to continue driving player safety education and we fully support comprehensive laboratory testing," said Joe Esposito, Xenith CEO. "Xenith's mission is to design, manufacture and supply the most technologically advanced helmets possible. We passionately believe that every athlete, on every level of play from youth and high school to college and pro, should be wearing the best protection available. For Xenith to be named the number one helmet in a report published by the NFL will only make us more determined to lead by example."

The NFL, in collaboration with the NFLPA, through their respective appointed biomechanical experts, coordinated extensive laboratory research on 17 helmets used in the NFL to test which helmets best reduced head impact severity. According to the NFL, "the relative performance of helmets was evaluated under laboratory conditions that simulated open-field collisions in the NFL." The Xenith EPIC received the highest rating of all tested helmets and the Xenith X2E Varsity also placed among the top tier of the best performing group.

The NFL added that "importantly, this study is the first of its kind to account for rotational velocity and rotational acceleration in measuring the performance of the helmets." Both the Xenith EPIC and the Xenith X2E Varsity feature Xenith's Adaptive Head Protection®, which is designed to minimize sudden movement of the head. In an effort to help equipment managers and players make informed decisions with regards to their helmet choice, the NFL has distributed the research results to all 32 NFL teams. The results can also be found on page 12 of the 2015 NFL Health and Safety Report.

ABOUT XENITH

Xenith, the recognized industry leader in helmet technology, is the only manufacturer to exclusively produce Five-Star helmets under the widely accepted Virginia Tech rating system. Featuring Adaptive Head Protection®, a system of patented technologies designed to provide superior fit and to help minimize sudden movement of the head during impact, Xenith excels in helmet testing procedures. Most recently, the Xenith EPIC helmet received the highest performance rating of all helmets in a study coordinated by the National

Football League & the NFL Players Association. Xenith helmets are equipped with patented Shock Absorbers that strategically collapse by venting air providing the optimal response to a wide range of impacts. Xenith incorporates the same shock absorbing technology in not only helmets, but also their XFlexion Shoulder Pads. Hundreds of thousands of players at all levels, including youth, high school, major college and the NFL wear Xenith equipment. Xenith's headquarters and manufacturing facility are proudly located in Detroit, Michigan, and staffed with a dedicated and passionate team that strive for excellence. The 66,000 ft2 production facility is operated in a partnership with Lear Corporation, known for operational excellence, and houses an impact testing laboratory, custom paint booth, showroom, and warehouse space. Xenith is on field across the United States and can also be found in Canada, Mexico, Europe, Australia, China and Japan. Xenith is part of the Fathead family of companies. For more information, visit www.Xenith.com. Connect with us on Twitter, Facebook, Instagram and YouTube.

## Learn More At Xenith.com

 An Authorized Supplier of Helmets to the NFL

EXHIBIT 14



EXHIBIT 15



EXHIBIT 16

 

# 2015 HELMET LABORATORY TESTING PERFORMANCE RESULTS

## TOP-PERFORMING GROUP

1. **Xenith Epic Varsity** 
2. **Riddell Revolution Speed** 
3. **Schutt Vengeance DCT** 
4. **Xenith X2E** 
5. **Schutt Vengeance VTD** 
6. **Schutt Vengeance VTD II** 
7. **Riddell SpeedFlex** 
8. **Riddell Revolution Speed Classic** 
9. **Riddell Revolution** 
10. **Rawlings NRG Quantum** 

11. **Rawlings NRG Tachyon** 
12. **Rawlings Impulse +** 
13. **Schutt AiR XP Pro (789102)** 
14. **Riddell VSR-4** 
15. **SG Varsity** 
16. **Rawlings Impulse** 
17. **Schutt AiR XP (789001)** 

**THE NFL, IN COLLABORATION WITH THE NFLPA, THROUGH THEIR RESPECTIVE APPOINTED BIOMECHANICAL EXPERTS, COORDINATED EXTENSIVE LABORATORY RESEARCH ON 17 HELMETS USED BY NFL PLAYERS TO TEST WHICH HELMETS BEST REDUCED HEAD IMPACT SEVERITY.**

Helmets are listed in order based on their performance in the laboratory testing. The bar graph illustrates the performance of each helmet, with a shorter bar representing better performance. The helmets in the top group performed better and were statistically different than the helmets in the bottom group. Within the top-performing group of helmets, there was no statistically significant difference in performance. The information presented here is based solely upon the results of this research and the expert opinions of the scientists involved.

**ALL HELMETS ARE CERTIFIED AS COMPLIANT WITH THE NATIONAL OPERATING COMMITTEE ON STANDARDS FOR ATHLETIC EQUIPMENT (NOCSAE) AND ARE THEREFORE PERMITTED FOR USE BY NFL PLAYERS. NO HELMET SYSTEM CAN COMPLETELY PROTECT AGAINST SERIOUS BRAIN AND/OR NECK INJURIES A PLAYER MIGHT RECEIVE WHILE PARTICIPATING IN FOOTBALL.**

EXHIBIT 17

**Xenith** @XenithFootball · 4h

# Clinic Season. @GlazierClinics

👤 Glazier Clinics



LIKES
10

  

1:42 PM - 26 Jan 2016 · Details