IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Kranos I.P. Corporation,

                     Plaintiff,        Civ. Action No. 1:16-cv-00837-ER

                                             **NOTICE OF VOLUNTARY**
      v.                                  **DISMISSAL PURSUANT TO**
                                             **F.R.C.P. 41(a)(1)(A)(i)**

Xenith, LLC,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Kranos I.P. Corporation hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Xenith, LLC.

                                                    Respectfully submitted,

Dated:  February 5, 2016            /s/  Bradley S. Corsello
                                              John A. Zaccaria
                                              Bradley S. Corsello
                                              NOTARO, MICHALOS & ZACCARIA P.C.
                                              100 Dutch Hill Road, Suite 240
                                              Orangeburg, New York 10962
                                              Telephone: (845) 359-7700
                                              Email:  bradley.corsello@notaromichalos.com